**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael WILLIAMS, Defendant–**
**Appellant.**

**No. 11–13041**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 23, 2012.

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Terry Flynn, Pamela C. Marsh, Eric K. Mountin, Robert Del Stinson, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Richard Higdon Smith, Dobson Davis & Smith, Tallahassee, FL, for Defendant–Appellant.

PER CURIAM:

Richard H. Smith, appointed counsel for Michael Lavone Williams in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Williams's conviction and sentence are **AFFIRMED.**